NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NICOLE GIRAULT,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2024-2164

---

Petition for review of the Merit Systems Protection Board in No. AT-844E-19-0666-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                            GIRAULT V. OPM


      ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



                                   FOR THE COURT



October 2, 2024
    Date

                                   Jarrett B. Perlow
                                   Clerk of Court